**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 23, 2015.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10279-TMD |
| ORION PROCESSING, LLC | § | CHAPTER 7 |
|     Debtor. | § | |

| | | |
|---|---|---|
| ARTURO TRETO, *et. al.*, | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 15-1090-TMD |
| v. | § | |
| | § | |
| ORION PROCESSING, LLC, *et. al.*, | § | |
|     Defendants. | § | |

### AMENDED ORDER DISMISSING ADVERSARY PROCEEDING

Before the Court is the Plaintiff's Motion to Dismiss [ECF 20], which seeks dismissal of this adversary proceeding. Based on the record in this adversary and the main bankruptcy case, the Court finds that dismissal is proper pursuant to Bankruptcy Rule 7041(a)(2).

ACCORDINGLY, IT IS ORDERED that this adversary proceeding is dismissed without prejudice.

# # #

1

United States Bankruptcy Court
Western District of Texas

```
Treto,
        Plaintiff                                                Adv. Proc. No. 15-01090-tmd

Orion Processing LLC,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: beniteze              Page 1 of 1                  Date Rcvd: Dec 23, 2015
                              Form ID: pdfintp            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2015.
```
pla             Alice Hollman,    212 N. Keyes St.,    Wellington, KS  67152-2647
pla            +Arturo Treto,    1347 N. Oliver Rd,    Mulvane, KS 67110-8330
dft            +Bradley James Haskins,    100 N. Federal Hwy, Apt 1215,    Ft. Lauderdale, FL 33301-1190
dft            +David S. Klein,    P.O. Box 80882,    Austin, TX 78708-0882
dft            +Derin Robert Scott,    7060 Southeast Congress,    Hobe Sound, FL 33455-6016
dft            +Family Capital Investment & Management, LLC,    Roger Peugh, Registered Agent,
                 9011 Mountain Ridge Dr.,    Austin, TX 78759-7369
dft            +Orion Processing LLC,    9011 Mountain Ridge Dr., Ste 200,    Austin, TX 78759-7251
intp           +Randolph Osherow,    342 W. Woodlawn, Suite 100,    San Antonio, TX 78212-3314
dft            +Shannon Scott,    7060 Southeast Congress,    Hobe Sound, FL 33455-6016
dft            +Swift Rock Financial Inc.,    Roger D. Peugh, Registered Agent,    9011 Mountain Ridge Dr.,
                 Austin, TX 78759-7369
pla             Terry Hollman,    212 N. Keyes St.,    Wellington, KS  67152-2647
dft            +World Law Group,    Bradley James Haskins, General Partner,    100 N. Federal Hwy., Apt. 1215,
                 Ft. Lauderdale, FL 33301-1190
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Dec 23 2015 23:22:42
                 United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
                 Austin, TX 78701-2450
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2015                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2015 at the address(es) listed below:
```
              Jerome Andrew Brown    on behalf of Defendant    Orion Processing LLC jerome@brownbankruptcy.com,
               bankruptcycourt@brownbankruptcy.com;jim@brownbankruptcy.com;kim@brownbankruptcy.com;amy@brownbank
               ruptcy.com
              Jerome Andrew Brown    on behalf of Defendant    Family Capital Investment & Management, LLC
               jerome@brownbankruptcy.com,
               bankruptcycourt@brownbankruptcy.com;jim@brownbankruptcy.com;kim@brownbankruptcy.com;amy@brownbank
               ruptcy.com
              Jerome Andrew Brown    on behalf of Defendant    Swift Rock Financial Inc.
               jerome@brownbankruptcy.com,
               bankruptcycourt@brownbankruptcy.com;jim@brownbankruptcy.com;kim@brownbankruptcy.com;amy@brownbank
               ruptcy.com
              Martin J. Peck    on behalf of Plaintiff Alice   Hollman peck@martinjpeck.com,  ecf@martinjpeck.com
              Martin J. Peck    on behalf of Plaintiff Arturo  Treto peck@martinjpeck.com,  ecf@martinjpeck.com
              Martin J. Peck    on behalf of Plaintiff Terry   Hollman peck@martinjpeck.com,  ecf@martinjpeck.com
                                                                                              TOTAL: 6
```